IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-CR-64-MR-WCM-10

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| V. | ) | ORDER |
| | ) | |
| CALIPH DEVON MAYO | ) | |
| | ) | |
| _____ | ) | |

This matter is before the Court on a letter ("Request") from the Warden of the Federal Detention Center, Miami ("FDC – Miami"), where Defendant is currently housed (Doc. 583), requesting an extension of the time for conducting the competency evaluation of Defendant that was previously ordered by this Court.

For the reasons stated in the Request, and noting that defense counsel has filed a response indicating he does not object to the requested extension (Doc. 584), some additional time will be allowed. However, given the length of time that has elapsed, the Request will be granted in part and no additional extensions will be allowed.

Accordingly, the Request is **GRANTED IN PART** and the deadline for the completion of Defendant's competency evaluation is extended to and including **November 19, 2021**.

The clerk is respectfully directed to transmit a copy of this order to the Warden at FDC-Miami.

It is so ordered.

Signed: October 6, 2021

W. Carleton Metcalf
United States Magistrate Judge